**Mathew B. TULLY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2007–3004.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2006.

Mathew B. Tully, pro se.

file a new petition for review if the Board issues a final decision at a later date.

## ORDER

Order Vacated, See 2006 WL 3923000.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.